JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR MOSTAME and ROBERT COSCARELLO,<br><br>    Plaintiffs,<br><br>    vs.<br><br>PORSCHE CARS NORTH AMERICA, INC., PORSCHE RIVERSIDE, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:24−cv−04779 ODW (MARx)<br><br>**ORDER GRANTING STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Judge: Hon. Otis D. Wright, II |

Per the stipulation of the Parties, (ECF No. 12), the case is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles, 111 N. Hill Street, Los Angeles, CA 90012, Case No. 24STCV11576.  All dates are **VACATED**.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Date: June 20, 2024

_____
United States District Judge
Central District of California

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**